41507.   BELLINGER v. THE STATE.

EBERHARDT, Judge.   Under the ruling of *Murcherson v. State,* ante, this bill of exceptions must be

*Dismissed.   Nichols, P. J., and Pannell, J., concur.*

ARGUED SEPTEMBER 9, 1965—DECIDED SEPTEMBER 13, 1965— REHEARING DENIED SEPTEMBER 21, 1965.

*B. Clarence Mayfield,* for plaintiff in error.
*Andrew J. Ryan, Jr., Solicitor, Sylvan A. Garfunkel,* contra.